ROBERT CARSON GODBEY, 4685
Corporation Counsel

D. SCOTT DODD, 6811
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
Honolulu Hale, Room 110
530 South King Street
Honolulu, Hawai'i 96813
Telephone:   (808) 768-5129
Facsimile:   (808) 768-5105
E-mail address:  dsdodd@honolulu.gov

Attorneys for City Defendants

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KIRK C. FISHER, | ) Nos. 12-17199 |
| | ) |
| Plaintiff-Appellee, | ) D.C. No. 1:11-cv-00589-ACK-BMK |
| | ) District of Hawaii, Honolulu |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; *et al.*, | ) STIPULATION FOR DISMISSAL OF APPEAL |
| | ) |
| Defendants-Appellants. | ) |
| | ) |

STIPULATION FOR DISMISSAL OF APPEAL

CITY AND COUNTY OF HONOLULU and LOUIS KEALOHA,

Defendants-Appellants, by D. Scott Dodd, Deputy Corporation Counsel, for the

City and County of Honolulu, hereby stipulate the Appeal filed in this matter may be dismissed, with prejudice, pursuant Federal Rules of Appellate Procedure, Rule 42(b). Each party shall bear their own fees and costs.

DATED: Honolulu, Hawai'i, October 31, 2012.

> ROBERT CARSON GODBEY
> Corporation Counsel
>
> By _____
> D. SCOTT DODD
> Deputy Corporation Counsel
>
> Attorneys for Defendants-Appellants
> CITY AND COUNTY OF
> HONOLULU, AND LOUIS
> KEALOHA

DATED: Honolulu, Hawai'i, October 29, 2012.

> By _____
> DONALD L. WILKERSON, ESQ.
> TE-HINA ICKES, ESQ.
>
> Attorneys for Plaintiff-Appellee
> KIRK FISHER

11-07807/254847

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Nos. 12-17199; D.C. No. 1:11-cv-00589-ACK-BMK; District of Hawaii, Honolulu; KIRK C. FISHER vs. CITY AND COUNTY OF HONOLULU; *et al.*; STIPULATION FOR DISMISSAL OF APPEAL